IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIC OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO: 4:10-cv-4-JHM

ANN MAZE, Individually and as                                    PLAINTIFFS
Personal Representative of the
ESTATE OF BRIAN MAZE

vs.

OWENSBORO MEDICAL HEALTH SYSTEM, INC.                            DEFENDANT
_____

**NOTICE OF REMOVAL OF CIVIL ACTION NO. 09-CI-1877
FROM DAVIESS CIRCUIT COURT, DAVIESS COUNTY, KENTUCKY**
*Electronically Filed*
_____

Defendant, Owensboro Medical Health System, Inc., by counsel, files this notice of removal of Civil Action No. 09-CI-07306 from the Daviess Circuit Court, Daviess County, Kentucky, to the United States District Court for the Western District of Kentucky at Owensboro, and respectfully states to the Court as follows:

     1.    Petitioner is a Defendant in a civil action brought against them in the Circuit Court of Daviess County, Kentucky, titled <u>Ann Maze, Individually and as Personal Representative of the Estate of Brian Maze vs. Owensboro Medical Health System, Inc.</u>, bearing Civil Action Number 09-CI-1877.

     2.    Copies of all process, pleadings and orders served on or by Petitioner in said action are attached as Exhibit A.

     3.    Said action was commenced by filing of a complaint against this Petitioner and Defendant, in a state court on or about December 23, 2009.

Petitioner received notice of the filing of the complaint on or about January 4, 2010.

4. The controversy between Plaintiffs and Defendant is a controversy between citizens of different states.

5. Plaintiffs, Ann Maze, Individually, and Ann Maze, Personal Representative of the Estate of Brian Maze, have been identified as residents of the State of Indiana. Additionally, Brian Maze, deceased, has been identified as a resident of the State of Indiana.

6. Based upon reasonable information and belief, Ann Maze, Individually, Ann Maze, Personal Representative of the Estate of Brian Maze, and Brian Maze, deceased, were residing in Indiana as a citizen on the date of the subject allegations, and at all times thereafter through and including the present date.

7. Defendant, Owensboro Medical Health System, Inc., is deemed to be a citizen of Kentucky, the state of its incorporation and the location of its principal place of business.

8. Petitioner is a Defendant "properly joined and served" under 28 U.S.C. section 1441(b), and since there is diversity between the served Defendant and Plaintiffs, Petitioner may rightfully move this action pursuant to 28 USC section 1332.

9. To the best of Petitioner's knowledge and belief, Plaintiffs will claim as damages a sum of money exceeding $75,000.00, in that Plaintiffs complaint alleges medical expenses, physical and mental pain and suffering, permanent

impairment to labor and earn monies, and loss of consortium. These elements of damages are exclusive of interest and costs, and this is a civil action brought in a state court over which the United States District Court has original jurisdiction based on diversity of citizenship between the parties, and the amount in controversy meets the monetary requirement under 28 U.S.C. section 1332.

10. The pending action is one that may be removed to this Court, and this notice of removal is filed pursuant to 28 U.S.C. section 1441, et seq. within thirty (30) days after Petitioner's receipt and service of the complaint in Civil Action number 09-CI-1877 in the Circuit Court of Daviess County, Kentucky.

WHEREFORE, Petitioner prays that this notice of removal be filed; that said action being Civil Action number 09-CI-1877 be removed to and proceed in this Court, and that no further proceedings be had in the Circuit Court of Daviess County, Kentucky.

Ronald G. Sheffer
Phillip Monhollen
SHEFFER LAW FIRM, PLLC
National City Tower
101 South Fifth Street, Suite 1450
Louisville, Kentucky 40202
Telephone: (502) 582-1600
rsheffer@kylaw.com
pmonhollen@kylaw.com

BY:   s/Ronald G. Sheffer
Attorneys for Owensboro Medical Health System, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2009, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to:

Chris Meinhart
Ethan T. Manning
MEINHART & SMITH, PLLC
462 S. Fourth Street, Suite 1750
Louisville, Kentucky 40202
Telephone: (502) 589-2700
*Counsel for Plaintiffs*


Brett H. Oppenheimer
Brett H. Oppenheimer, PLLC
4500 Bowling Blvd.
Suite 200
Louisville, Kentucky 40207
Telephone: (502) 859-8787
*Counsel for Plaintiffs*

BY:  s/Ronald G. Sheffer
Attorneys for Owensboro Medical Health System, Inc.

I further certify that on January 11, 2009, I mailed a copy of the foregoing via U.S. Mail First Class, postage pre-paid, to the following individuals:

Chris Meinhart
Ethan T. Manning
MEINHART & SMITH, PLLC
462 S. Fourth Street, Suite 1750
Louisville, Kentucky 40202
Telephone: (502) 589-2700
*Counsel for Plaintiffs*


Brett H. Oppenheimer
Brett H. Oppenheimer, PLLC
4500 Bowling Blvd.
Suite 200
Louisville, Kentucky 40207
Telephone: (502) 859-8787
*Counsel for Plaintiffs*

BY:  s/Ronald G. Sheffer
Attorneys for Owensboro Medical Health System, Inc.