IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIC OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO: 4:10-CV-4-JHM

ANN MAZE, Individually and as　　　　　　　　　　　　　　PLAINTIFFS
Personal Representative of the
ESTATE OF BRIAN MAZE

vs.

OWENSBORO MEDICAL HEALTH SYSTEM, INC.　　　　　DEFENDANT

_____

### AGREED ORDER
_____

Plaintiffs, Ann Maze, Individually and as Personal Representative of the Estate of Brian Maze , and Defendant, Owensboro Medical Health System, Inc., being in agreement, and the Court being otherwise sufficiently advised:

IT IS ORDERED that this action be remanded in its entirety to the Daviess Circuit Court from which it was removed, and that this matter is stricken from the Court's active docket.

**HAVING SEEN AND AGREED:**

s/Ronald G. Sheffer
Ronald G. Sheffer
Phillip Monhollen
SHEFFER LAW FIRM, PLLC
National City Tower

101 South Fifth Street, Suite 1450
Louisville, Kentucky 40202
Telephone: (502) 582-1600
rsheffer@kylaw.com
pmonhollen@kylaw.com
*Counsel for Defendant, Owensboro Medical Health System, Inc.*

s/Chris Meinhart            *with permission*
Chris Meinhart
Ethan T. Manning
MEINHART & SMITH, PLLC
462 S. Fourth Street, Suite 1750
Louisville, Kentucky 40202
Telephone: (502) 589-2700
cmeinhart@meinhartlaw.com
emanning@meinhartlaw.com
*Counsel for Plaintiffs*

s/Brett H. Oppenheimer            *with permission*
Brett H. Oppenheimer
Brett H. Oppenheimer, PLLC
4500 Bowling Blvd.
Suite 200
Louisville, Kentucky 40207
Telephone: (502) 859-8787
brett@bluegrassinjury.com
*Counsel for Plaintiffs*


Copies to:  Counsel of record
            USMJ Goebel
            Kelly Lovell